UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WHEEL PROS, LLC,

Plaintiff,

v. Case No: 6:22-cv-2171-JSS-NWH

RHINO TIRE USA, LLC, QINGDAO RHINO INTERNATIONAL CO., LTD., QINGDAO RHINO INT'L CO., LTD., and WILLIAM YI,

Defendants.
___________________________________/

**ORDER**

The parties have filed a joint motion to continue certain pretrial and trial deadlines pending resolution of Plaintiff's summary judgment motion, (Dkts. 164–65),[1] and *Daubert*[2] motion, (Dkts. 166, 172). (Dkt. 183.) Upon consideration, the motion is **GRANTED**. The following deadlines are now adopted:

| | |
|---|---|
| **In Person Meeting to Prepare the Joint Pretrial Statement** | March 20, 2026 |
| **Joint Pretrial Statement and Deposition Designations** | March 27, 2026 |
| **All Other Motions Including Motions in Limine and Objections to Deposition Designations and** | March 30, 2026 |

[1] It appears from the joint motion that Defendants believe their motion for summary judgment, (Dkt. 93), remains pending. (*See* Dkt. 183 at 1.) However, when the court administratively closed this case pending Plaintiff's bankruptcy proceedings, it directed the Clerk to "terminate any pending . . . motions," which included Defendants' motion for summary judgment. (*See* Dkt. 157.) Accordingly, when the court reopened this case, it specifically noted that "[t]he parties may file any dispositive or *Daubert* motions by the deadline imposed by the amended case management and scheduling order," (Dkt. 161), which was April 1, 2025, (*see* Dkt. 162). Defendants failed to timely file a summary judgment motion. Only Plaintiff's summary judgment and *Daubert* motions remain pending.
[2] *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993).

| | |
|---|---|
| **Counter-Designations on approved form. (MULTIPLE MOTIONS IN LIMINE DISFAVORED. ALL REQUESTS TO LIMIT EVIDENCE MUST BE INCLUDED IN A SINGLE MOTION NOT TO EXCEED 25 PAGES WITHOUT PRIOR LEAVE OF COURT. RESPONSES LIMITED TO 20 PAGES WITHOUT PRIOR LEAVE OF COURT.)** | |
| **Objections to Counter-Designations** | April 6, 2026 |
| **Final Pretrial Conference** | April 14, 2026 |
| **Trial Briefs** | * 15 days before trial in non-jury cases. Optional in jury trials. |
| **Trial Term** | May 4, 2026 |

All other provisions of the Second Case Management and Scheduling Order, (Dkt. 162), remain in full force and effect.

**ORDERED** in Orlando, Florida, on June 25, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record